**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00996-CV

---

## IN THE ESTATE OF CALVIN OWENS, Deceased

---

**On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 378,868**

---

## M E M O R A N D U M   O P I N I O N

Appellants David Mitchum and Linda Mazzagatti are the former attorneys of Sarah Owens, (now deceased) during her contest to the probate of the will of her husband Calvin Owens. Ms. Owens died in September, 2011. Subsequently, the Court entered final judgment in this cause on July 26, 2012.

This is an appeal from the July 26, 2012 judgment. On December 3, 2012, appellee Catherine Wylie filed a motion to dismiss in this court on the grounds appellants, David Mitchum and Linda Mazzagatti, lack standing to bring this

appeal. On December 10, 2012, appellee Rodney Owens filed a motion to dismiss, adopting Wylie's motion. A response was requested and appellants filed a motion to quash the motion to dismiss.

In their motion to quash, Appellants emphasize that their standing does not derive from asserting a claim on behalf of their former client Sarah Owens as a litigant in the will contest; instead they claim standing because their claim is one for fees *against* Sarah Owens' Estate for their representation of Ms. Owens in this case. Standing, Appellants urge, exists because Ms. Owens "property is contractually commingled with the assets administered in the Calvin Owens' Estate by Settlement Agreement." We disagree. Appellants have failed to demonstrate standing to continue this appeal from final judgment of the Calvin Owens Estate. Accordingly, appellees' motion to dismiss is granted and the appeal is ordered dismissed. Appellants' pending motion to quash is denied.


PER CURIAM


The panel consists of Justices Christopher, Jamison, and McCally.

2